IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JESUS MEJIA,                          :
                                      :
          Petitioner                  :
                                      :
     v.                               :     CIVIL NO. 4:CV-13-236
                                      :
MONICA RECKTENWALD,                   :     (Judge Brann)
                                      :
          Respondent                  :

## <u>ORDER</u>

May 16, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT**:

1.     The petition for writ of habeas corpus is **DENIED**.

2.     The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1